# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA GENOTEK INC., a Canadian Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM SOLUTIONS L.L.C., a Utah Limited Liability Company,<br><br>Defendant. | Case No. 21-cv-0516-DMS-LL<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hon. Dana M. Sabraw<br><br>Date Action Filed: March 24, 2021 |

| | |
|---|---|
| 1 | Pending before this Court is the Plaintiff's stipulation and motion for leave to file a First Amended Complaint. The Court grants the stipulation and motion allowing Plaintiff to file a First Amended Complaint and setting Defendant's time to respond to fourteen days from the date that Plaintiff files and serves the First Amended Complaint. Plaintiff shall file its First Amended Complaint on or before **June 11, 2021**, and shall effect service in accordance with Federal Rule of Civil Procedure 4(m). Defendant shall file its response to the Complaint within fourteen days of service, subject to this Court's Chambers Rule 6(A). |

    **IT IS SO ORDERED**.

Dated: June 8, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court