UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA GENOTEK INC., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM SOLUTIONS L.L.C., a Utah Limited Liability Company,<br><br>Defendant. | Case No.: 3:21-cv-00516-JO-AGS<br><br>**ORDER DENYING PLAINTIFF/COUNTER DEFENDANT'S MOTION TO DISMISS COUNTERCLAIMS AND DENYING MOTION TO STRIKE WITHOUT PREJUDICE** |
| SPECTRUM SOLUTIONS L.L.C., a Utah Limited Liability Company,<br><br>Counter Claimant,<br><br>v.<br><br>DNA GENOTEK INC., a Canadian corporation,<br><br>Counter Defendant. | |

Plaintiff/Counter Defendant DNA Genotek Inc. ("Genotek") has filed a motion to dismiss Defendant/Counter Claimant Spectrum Solutions L.L.C.'s ("Spectrum") counterclaims of inequitable conduct, monopolization, and attempted monopolization

1

[Case Number]

pursuant to Fed. R. Civ. P. 12(b)(6) and strike the affirmative defenses of inequitable conduct, patent misuse, and unclean hands pursuant to Fed. R. Civ. P. 12(f). Dkt. 41.

The Court held oral argument on March 30, 2022. For the reasons stated on the record during the oral argument, the motion to dismiss the inequitable conduct, monopolization, and attempted monopolization counterclaims is DENIED. The motion to strike is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: March 30, 2022

Honorable Jinsook Ohta
United States District Judge