1  Joseph F. Jennings (SBN 145,920)
   joe.jennings@knobbe.com
2  Ali S. Razai (SBN 246,922)
   ali.razai@knobbe.com
3  Paul N. Conover (SBN 192,358)
   paul.conover@knobbe.com
4  Nicholas M. Zovko (SBN 238,248)
   nicholas.zovko@knobbe.com
5  Brandon G. Smith (SBN 307,676)
   brandon.smith@knobbe.com
6  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main St., 14th Floor
7  Irvine, CA 92614
   Telephone: (949) 760-0404
8  Facsimile: (949) 760-9502

9  Attorneys for Defendant
   SPECTRUM SOLUTIONS L.L.C.

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 | |
| DNA GENOTEK INC., a Canadian Corporation, | Case No. 3:21-cv-00516-RSH-DDL |
| | Hon. Robert S. Huie |
| Plaintiff, | **DEFENDANT SPECTRUM'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE PATENTS-IN-SUIT** |
| v. | |
| SPECTRUM SOLUTIONS L.L.C., a Utah Limited Liability Company, | |
| Defendant. | March 6, 2023 |
| AND RELATED COUNTERCLAIM. | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

24

25

26

27

28

PLEASE TAKE NOTICE that Defendant Spectrum Solutions L.L.C. ("Spectrum") hereby moves the Court for summary judgment of non-infringement U.S. Patent Nos. 10,619,187 and 11,002,646 (collectively the "patents-in-suit"). Pursuant to this Court's Civil Pretrial and Trial Procedures, Paragraph III.B., this motion is noticed for hearing on March 6, 2023, to establish the briefing schedule. No oral argument will occur unless separately ordered by the Court.

This motion is based on this Notice; the concurrently filed opening brief, the supporting declaration of Ali S. Razai, and the exhibits thereto; the proposed order granting the motion lodged concurrently herewith; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  January 30, 2023           By: _s/ Ali S. Razai_
                                   Joseph F. Jennings
                                   Ali S. Razai
                                   Paul N. Conover
                                   Nicholas M. Zovko
                                   Brandon G. Smith

                                   Attorneys for Defendant
                                   SPECTRUM SOLUTIONS L.L.C.

Def.'s Ntc. Of Mtn. for Summary Judgment
Case No. 3:21-cv-00516-RSH-DDL

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

| | |
|---|---|
| Brian M. Kramer<br>BMKramer@mofo.com<br>John R. Lanham<br>JLanham@mofo.com<br>Drew A. Hillier<br>dhillier@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100 | David D. Cross<br>DCross@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, D.C. 20037<br>Telephone: 202.887.1500<br>Facsimile: 202.887.0763 |

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on January 30, 2023, at Irvine, California.

Claire A. Stoneman

-1-