BRIAN M. KRAMER (CA SBN 212107)
BMKramer@mofo.com
JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
DREW A. HILLIER (CA SBN 337112)
DHillier@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile:  858.720.5125

DAVID D. CROSS (*pro hac vice*)
DCross@mofo.com
MORRISON & FOERSTER LLP
2100 L. Street, NW Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile:  202.887.0763

Attorneys for Plaintiff
DNA GENOTEK INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA GENOTEK INC., a Canadian Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM SOLUTIONS L.L.C., a Utah Limited Liability Company,<br><br>Defendant.<br><hr>AND RELATED COUNTERCLAIMS | Case No. 3:21-cv-0516-RSH-DDL<br><br>**DNA GENOTEK INC.'S NOTICE OF FILING REDACTED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**<br><br>Hon. Robert S. Huie<br>Hon. David D. Leshner<br><br>**JURY TRIAL DEMANDED** |

1    Pursuant to the Court's Order of March 23, 2023 (Dkt. No. 275),

2    DNA Genotek Inc. provides notice of its filing of a redacted version of its

3    Supplemental Brief in Support of Motion for Protective Order and Exhibit A

4    thereto, submitted in camera on March 22, 2023.

5

6    Dated: March 27, 2023                    MORRISON & FOERSTER LLP

7

8                                            By:   */s/ Drew A. Hillier*
                                                   Drew A. Hillier
9                                                  DHillier@mofo.com

10                                           Attorney for Plaintiff
                                             DNA GENOTEK INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28