# EXHIBIT 3

| From: | Ali Razai |
|---|---|
| **To:** | Cross, David D. |
| **Cc:** | Kramer, Brian M.; DNAGSpectrum; Lit SPCTM1L.004L |
| **Subject:** | DNA Genotek v. Spectrum |
| **Date:** | Thursday, February 2, 2023 4:06:16 PM |

Counsel,

Spectrum intends to amend its antitrust counterclaim to add allegations related to newly-developed facts.  Specifically, Spectrum seeks to add allegations that DNA Genotek's continued assertion of the '187 and '646 patents after the Court's claim construction ruling rendered the claims implausible constitute anticompetitive acts further supporting Spectrum's claim of attempted monopolization. Please let us know if DNA Genotek will join in a motion for Spectrum to so amend its counterclaim. If DNA Genotek will not agree, please let us know if you are available on **Wednesday February 8 to meet and confer** on Spectrum's contemplated Motion to Amend its Counterclaim.

I also wanted to inform you that Spectrum does not intend to present at trial a Sherman Act § 2 violation based on a theory of monopolization.  To be clear, Spectrum does intend to present at trial a Sherman Action § 2 violation based on a theory of attempted monopolization.

Best,
Ali Razai

Exhibit 3
-144-