# EXHIBIT 4
# (REDACTED)

| | |
|---|---|
| **From:** | Watson, Kerry L. <KWatson@mofo.com> |
| **Sent:** | Wednesday, January 25, 2023 7:06 PM |
| **To:** | Brandon Smith; Cross, David D. |
| **Cc:** | DNAGSpectrum; Lit SPCTM1L.004L |
| **Subject:** | RE: DNA Genotek v. Spectrum - DNA Genotek's Transactional Data Production |

Brandon,

Thanks for bringing this to our attention. We've identified an error in the SQL query that was causing ORAcollect RNA transactions to be excluded. We are running a supplemental production and will provide that tomorrow.

Best,
Kerry

**From:** Brandon Smith <Brandon.Smith@knobbe.com>
**Sent:** Friday, January 20, 2023 6:32 PM
**To:** Cross, David D. <DCross@mofo.com>
**Cc:** DNAGSpectrum <DNAGSpectrum@mofo.com>; Lit SPCTM1L.004L <LitSPCTM1L.004L@knobbe.com>
**Subject:** DNA Genotek v. Spectrum - DNA Genotek's Transactional Data Production

==External Email==

David,

In analyzing the transactional data that Genotek has produced (DNAG_SPEC00473581), we are coming across certain discrepancies with Orasure's 10-K filings that we are unable to reconcile. We are also finding inconsistencies between the transactional data and other documents produced by DNA Genotek. Both are leading us to the conclusion that there is quite a bit of data missing from DNAG_SPEC00473581. I've included some examples below related to COVID-19 sales to illustrate the issue.

Orasure's 10-K for fiscal year 2021 reports roughly $54 million in COVID revenue for the Molecular Solutions business unit, which had a total revenue of $139.9 million. DNA Genotek accounted for $130.3 million of that revenue according to the public filings. The 10-K also reports that OMNIgene ORAL and ORAcollect RNA [redacted] accounted for 40% of the Molecular Solutions revenue in 2021, which would total to around $55.9 million, or slightly more than the reported COVID revenue. However, [redacted] We are also seeing discrepancies with the 2020 numbers. We are unable to reconcile these and are concerned that a large amount of data is missing based on comparing the produced transactional data with the public filings.

Additionally, the transactional data also does not appear to be consistent with revenue information for particular customers in other documents produced by Genotek. [redacted] Again, we are not able to reconcile these.

These are not intended to be exhaustive, but are simply examples to highlight the discrepancies we are seeing.

Please either confirm that DNAG_SPEC00473581 contains the transactional data for the entirety of DNA Genotek's COVID-19 related sales and any other sales responsive to RFP No. 126, or provide a supplement to the transactional data that contains all such sales.

Best Regards,
Brandon
**Brandon Smith**
Partner

949-721-5317  Direct

**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.