# EXHIBIT 5
# (REDACTED)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

_____

DNA GENOTEK INC., a          ) Case No.
Corporation,                 ) 3:21-cv-00516-JO-AG
          Plaintiff,         )
v.                           )
SPECTRUM SOLUTIONS L.L.C.,   )
a Utah Limited Liability     )
Company,                     )
          Defendant.         )
_____)
AND RELATED COUNTERCLAIM.    )
_____)


CONFIDENTIAL - UNDER THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF DR. ADELE JACKSON

DECEMBER 15, 2022, 9:00 a.m.


REPORTED BY: ANGELA GUNN, CSR


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

12/15/2022   DNA Genotek, Inc. v. Spectrum Solutions, LLC   Dr. Adele Jackson
Confidential - Under the Protective Order

Page 2

1   Videotaped Deposition of DR. ADELE JACKSON, the witness

2   herein, held at Fasken Martineau law offices in Ottawa,

3   Ontario, Canada on December 15th, 2022, at 9:00 a.m.,

4   pursuant to notice, before Angela Gunn, CSR.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 3

```
 1   A P P E A R A N C E S:

 2

 3   FOR THE PLAINTIFFS:

 4   MORRISON FOERSTER

 5   12531 High Bluff Drive, Suite 100

 6   San Diego, CA 92130-2040

 7   Telephone (858)314-5415

 8   email bmkramer@mofo.com

 9   BY:  Mr. Brian M. Kramer

10

11   FOR THE DEFENDANTS:

12   KNOBBE MARTENS

13   3579 Valley Centre Drive, Suite 300

14   San Diego, CA 92130

15   Telephone (858)707-4000

16   ben.anger@knobbe.com

17   BY:  Mr. Ben Anger

18

19   Also present: David Oxilia, Videographer

20

21

22
```

Page 12

```
 1      representing the defendant, Spectrum
 2      Solutions.
 3            MR. KRAMER:  Brian Kramer of
 4      Morrison & Foerster LLP, on behalf of
 5      the plaintiff, DNA Genotek, and the
 6      witness.
 7            VIDEOGRAPHER:  Thank you.  The
 8      court reporter will swear in the
 9      witness.
10            ADELE JACKSON,
11  after having been duly affirmed/sworn
12  was examined and testified as follows:
13            VIDEOGRAPHER:  Your witness,
14      Counsel.
15                EXAMINATION
16  BY MR. ANGER:
17      Q.   Good morning, Dr. Jackson.
18      A.   Good morning.
19      Q.   Can you please state your name and
20  address for the record.
21      A.   Home address?
22      Q.   Yes, please?
```

12/15/2022     DNA Genotek, Inc. v. Spectrum Solutions, LLC     Dr. Adele Jackson
Confidential - Under the Protective Order



Page 55

```
11             VIDEOGRAPHER:  The table is
12       rather narrow, and your hand appears in
13       front of the witness.  I can move the
14       camera a bit, but --
15             MR. ANGER:  My apologies.
16             VIDEOGRAPHER:  Not a problem.
```

12/15/2022     DNA Genotek, Inc. v. Spectrum Solutions, LLC     Dr. Adele Jackson
Confidential - Under the Protective Order



Page 218

12/15/2022 DNA Genotek, Inc. v. Spectrum Solutions, LLC Dr. Adele Jackson
Confidential - Under the Protective Order





# ERRATA SHEET

Witness Name:    Adele Jackson
Case Name:       *DNA Genotek Inc. v. Spectrum Solutions L.L.C.*
                 No. 3:21-cv-00516-RSH-DDL
Date Taken:      December 15, 2022

The following corrections should be made to the transcript of my deposition taken December 15, 2022.

| Page/Line | Original Text | Correction | Reason |
|---|---|---|---|
| 13/2 | K2S 1M | K2S 1M3 | Correct postal code |
| 33/8 | Um, the OG-100, OG-250, and OG-300. | Oragene, including products with the OG-1, OG-100, OG-250, OG-300, and OG-500 series formats. | Clarification |
| 49/8 | Clayton | claims | Misinterpretation |
| 129/12 | We all those | We call those | Typo |
| 232/20 | Our patent takes | Our patent counsel takes | Missing word |
| 303/11 | "6so this | "so this | Typo |
| 306/7 | Katy Walsh | Katy Swan | Mistake |

*Adele Jackson*   2023-01-20

Exhibit 5

-155-

Page 345

```
 1      I, ANGELA GUNN, CSR, Chartered Shorthand Reporter,
        and Commissioner of Oathes for the Province of
 2      Ontario, Canada, do hereby certify:
        That I reported the taking of the deposition of
 3      the witness, DR. ADELE JACKSON, commencing on the
        15th day of December, 2022, at the hour of
 4      9:00 a.m.
        That prior to being examined, the witness was duly
 5      sworn by me to testify to the truth, the whole
        truth, and nothing but the truth.
 6      That I thereafter transcribed my said shorthand
        notes into typewriting and that the typewritten
 7      transcript of said deposition is a complete, true
        and accurate transcription of my said shorthand
 8      notes taken down at said time, and that a request
        has been made to review the transcript.
 9      I further certify that I am not a relative or
        employee of an attorney or counsel of any of the
10      parties, nor a relative or employee of any
        attorney or counsel involved in said action, nor a
11      person financially interested in the action.
12
13      IN WITNESS WHEREOF, I have hereunto set my
14      signature this 19th day of December, 2022.
15
16
17
18
19
20      _____
21      ANGELA GUNN, CSR
22
```

Page 346

1　　Dr. Adele Jackson, c/o

　　　MORRISON FOERSTER

2　　12531 High Bluff Drive, Suite 100

　　　San Diego, California  92130-2040

3

4　　Case: DNA Genotek, Inc. v. Spectrum Solutions, LLC

　　　Date of deposition: December 15, 2022

5　　Deponent: Dr. Adele Jackson

6

7　　Please be advised that the transcript in the above

8　　referenced matter is now complete and ready for signature.

9　　The deponent may come to this office to sign the transcript,

10　　a copy may be purchased for the witness to review and sign,

11　　or the deponent and/or counsel may waive the option of

12　　signing. Please advise us of the option selected.

13　　Please forward the errata sheet and the original signed

14　　signature page to counsel noticing the deposition, noting the

15　　applicable time period allowed for such by the governing

16　　Rules of Procedure. If you have any questions, please do

17　　not hesitate to call our office at (202)-232-0646.

18

19

20　　Sincerely,

　　　Digital Evidence Group

21　　Copyright 2022 Digital Evidence Group

　　　Copying is forbidden, including electronically, absent

22　　express written consent.

12/15/2022         DNA Genotek, Inc. v. Spectrum Solutions, LLC         Dr. Adele Jackson
                       Confidential - Under the Protective Order

```
                                                              Page 347
 1     Digital Evidence Group, L.L.C.
       1730 M Street, NW, Suite 812
 2     Washington, D.C. 20036
       (202) 232-0646
 3
 4     SIGNATURE PAGE
       Case: DNA Genotek, Inc. v. Spectrum Solutions, LLC
 5     Witness Name: Dr. Adele Jackson
       Deposition Date: December 15, 2022
 6
 7     I do hereby acknowledge that I have read
       and examined the foregoing pages
 8     of the transcript of my deposition and that:
 9
10     (Check appropriate box):
       (  ) The same is a true, correct and
11     complete transcription of the answers given by
       me to the questions therein recorded.
12     (  ) Except for the changes noted in the
       attached Errata Sheet, the same is a true,
13     correct and complete transcription of the
       answers given by me to the questions therein
14     recorded.
15
16     _____          _____
17        DATE                       WITNESS SIGNATURE
18
19
20
21     _____          _____
22        DATE                            NOTARY
```

```
                                                              Page 348

 1      Digital Evidence Group, LLC

 2      1730 M Street, NW, Suite 812

 3      Washington, D.C.  20036

 4      (202)232-0646

 5

 6                         ERRATA SHEET

 7

 8      Case: DNA Genotek, Inc. v. Spectrum Solutions, LLC

 9      Witness Name: Dr. Adele Jackson

10      Deposition Date: December 15, 2022

11      Page No.    Line No.      Change

12

13

14

15

16

17

18

19

20

21      _____      _____

22          Signature                             Date
```